IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RON DAVIS, *et al.*                                                                                                               PLAINTIFFS

v.                                                        4:10CV01595-BRW

REGINA FAVORS, *et al.*                                                                          DEFENDANTS

## ORDER

Mr. Davis may not represent Plaintiff Doctor's Testing Center LLC II ("Doctor's Testing") in federal court because he is not a licensed attorney.[1]  Accordingly, Mr. Davis is directed to obtain an attorney to represent Doctor's Testing within twenty days from the date of this Order.  Defendants' pending motion to dismiss and consolidate, and request for a stay of Rule 26 conference, will be granted unless within twenty days a lawyer moves for additional time to respond.

IT IS SO ORDERED this 24th day of January, 2011.


                                                                                   /s/Billy Roy Wilson
                                                   UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1654; *Ackra Direct Marketing Corp. V. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996) ("the law does not allow a corporation to proceed *pro se*"); *Lattanzio v. COMTA*, 481 F.3d 137 (2d Cir. 2007) (holding that LLC could appear in federal court only through a licensed attorney, regardless of fact that LLC had sole member and that its sole member sought to represent it).